1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA BROWN and CINDY HIETT,

Plaintiffs,

v.

MHN GOVERNMENT SERVICES, INC.;
HEALTH NET, INC.; and MHN SERVICES
d/b/a MHN SERVICES CORPORATION, a
Washington corporation,

Defendants.

Case No. 3:14-cv-05170-BHS

**STIPULATION AND ORDER
TRANSFERRING MATTER**

Plaintiffs Barbara Brown and Cindy Hiett and Defendants MHN Government Services,

Inc., Health Net, Inc., and MHN Services doing business as MHN Services Corporation, by

and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, Defendants removed this Action to this Court on February 27, 2014, Dkt.

No. 1;

WHEREAS, Defendants, on March 4, 2014, notified the Court of two cases related to

this Action, *Hiett v. MHN Government Services, Inc.*, No. 3:13-03016-SI, and *Zaborowski v.*

*MHN Government Services, Inc.*, No. 3:12-cv-05109-SI (the "Related Cases"), both of which

are currently pending before the Honorable Susan Illston, District Judge, United States District

Court for the Northern District of California.  In that notice, Defendants wrote that they

"anticipate moving to transfer this action to the Northern District [of] California pursuant to 28

USC §1404";

WHEREAS, Defendants, on March 6, 2014, moved to dismiss this Action, Dkt. No.

14;

WHEREAS, Plaintiffs, on March 12, 2014, filed an Amended Complaint, Dkt. No. 20;

STIPULATION AND ORDER

Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA  98104
Telephone (206) 839-4300

1   WHEREAS, Plaintiffs, on March 13, 2014, moved to transfer this Action to the United

2   States District Court for the Northern of California for coordination with the Related Cases,

3   Dkt. No. 25; and

4   WHEREAS, pursuant to Title 28 U.S.C. § 1404(a), the Court may, for the convenience

5   of the parties and witnesses, in the interest of justice, transfer any civil action to any other

6   district to which all parties have consented.

7   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and

8   Defendants, through their undersigned counsel, as follows:

9   1.    This Action shall be transferred to the United States District Court for the

10   Northern District of California for coordination with the Related Cases;

11   2.    Following transfer, the parties agree to file a Joint Motion for Administrative

12   Relief to Consider Whether Cases Should be Related to effectuate assignment of this case in

13   the same Court as the Related Cases;

14   3.    Defendants withdraw their Motion to Dismiss Plaintiffs' First Amended

15   Complaint (Dkt. No. 14); and

16   4.    Defendants shall have fourteen days from the date upon which this transfer

17   becomes effective within which to move to dismiss Plaintiffs' Amended Complaint (Dkt. No.

18   20).

19   IT IS SO ORDERED.

20   DATED this 25th day of March, 2014.

21

22

23   _____

24   BENJAMIN H. SETTLE
    United States District Judge

25

26

27

28

STIPULATION AND ORDER
3:11-cv-05400-BHS                                     - 2 -

1    Presented March 24, 2014 by:

2    ORRICK, HERRINGTON &                    GORDON THOMAS HONEYWELL LLP
3    SUTCLIFFE LLP

4
     By: _____s/ Timothy J. Long_____    By: _____s/ Warren E. Martin_____
5        Timothy J. Long, WSBA No. 39830         Warren E. Martin, WSBA No. 17235
         tjlong@orrick.com                        wmartin@gth-law.com
6        701 5th Avenue, Suite 5600              Lewis L. Ellsworth, WSBA No. 11360
         Seattle, WA  98104-7097                 lellsworth@ght-law.com
7        Tel:  206-839-4300                      Eric D. Gilman, WSBA No. 41680
         Fax: 206-839-4301                       egilman@gth-law.com
8
         Robert M. McKenna, WSBA No.             Wells Fargo Plaza
9        18327                                   1201 Pacific Avenue, Suite 2100
         rmckenna@orrick.com                     Tacoma, WA 98402
10       701 Fifth Avenue, Suite 5600            Telephone:  +1-253-620-6500
         Seattle, WA  98104                      Facsimile:  +1-253-620-6565
11       Tel:  206-839-4300
         Fax: 206-839-4301                   *Attorneys for Plaintiffs*
12
13   *Attorneys for Defendants*

14

15       I hereby attest that the concurrence in the filing of this document has been obtained from
16
     Warren E. Martin, Attorney for Plaintiffs Barbara Brown and Cindy Hiett.
17

18   Dated:  March 24, 2014
19

20                                          _____/s/ Timothy J. Long_____
                                                   TIMOTHY J. LONG
21                                              Attorneys for Defendant

22

23

24

25

26

27

28   STIPULATION AND ORDER                              Orrick Herrington & Sutcliffe LLP
     3:14-cv-05170-BHS              - 3 -                  701 Fifth Avenue, Suite 5600
                                                              Seattle, WA  98104
                                                          Telephone (206) 839-4300